MICHAEL O'DWYER, Appellant, *v.* FREDERICK A. VERDON, Respondent.

*O'Dwyer* v. *Verdon*, 115 App. Div. 37, affirmed.
(Argued October 18, 1907; decided November 19, 1907.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered October 3, 1906, affirming a judgment in favor of defendant entered upon a verdict directed by the court and an order denying a motion for a new trial in an action for conversion.

*Burton W. Gibson* for appellant.

*Mark Ash* and *William Ash* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, WERNER, WILLARD BARTLETT and HISCOCK, JJ. Absent: HAIGHT, J.